Daniel HARVELL, Appellant,

v.

STATE of Florida, Appellee.

No. 1D16–4568.

District Court of Appeal of Florida, First District.

Nov. 17, 2016.

Daniel Harvell, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Upon consideration of appellant's response to the Court's order of October 10, 2016, the Court has determined that the appeal is untimely. Accordingly, the appeal is dismissed. The dismissal is without prejudice to appellant filing a petition for belated appeal pursuant to Florida Rule of Appellate Procedure 9.141(c).

ROWE, MAKAR, and KELSEY, JJ., concur.